**BECK PINGEL**
701 N. GREEN VALLEY PARKWAY, SUITE 200
HENDERSON, NEVADA 89074
TELEPHONE: (702) 641-9900
FACSIMILE: (702) 990-3331

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HT REST VEGAS, LLC, a New York limited liability company,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>STEVE WYRICK, an individual; and WYRICK MAGICAL PRODUCTIONS, INC., a Texas corporation,<br><br>　　　　　　Defendants. | Docket No.: 2:09-CV-02104-PMP-LRL |

## **ORDER**

　　　　Pursuant to the Court's Minute Order (#11, filed April 7, 2010), the Court held a hearing on April 20, 2010 wherein Defendants Steve Wyrick and Wyrick Magical Productions, Inc. were required to show cause why they had not yet complied with the Court's Order (#9, filed January 12, 2010) to designate their new counsel of record in this matter no later than February 16, 2010. Defendants Steve Wyrick and Wyrick Magical Productions, Inc. did not appear at the April 20, 2010 hearing and no one has appeared on Defendants' behalf.

　　　　At the April 20, 2010 hearing, counsel for Plaintiff HT Rest Vegas, LLC, Kevin E. Beck, moved the Court to strike the Defendant's Answer (#6, filed November 30, 2009) and enter a default judgment of $89,400.00 against the Defendants based on their failure to comply with the Court's Orders.

1

**IT IS ORDERED** that plaintiff's oral motion to strike defendants' answer is **GRANTED.** Defendants Answer (#6) is stricken and default judgment is entered in favor of HT Rest Vegas, LLC and against Steve Wyrick and Wyrick Magical Productions, Inc. in the amount of $89,400.00.

Dated this __13th__ day of __May_____, 2010.

_____
Philip M. Pro
United States District Judge